UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RITA J. DUVALL,

    Plaintiff,

v.

    Civil Action 2:12-cv-486
    Judge Michael H. Watson
    Magistrate Judge Elizabeth P. Deavers

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

### ORDER

This matter is before the Court for consideration of the United States Magistrate Judge's October 25, 2012 Report and Recommendation. ECF No. 11. After Plaintiff missed case scheduling deadlines and failed to respond to the Court's October 2, 2012 Show Cause Order, the Magistrate Judge recommended that the Court dismiss Plaintiff's action under Federal Rule of Civil Procedure 41(b).

The Report and Recommendation of the Magistrate Judge specifically advises Plaintiff that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." Report and Recommendation 3–4, ECF No. 11. The time period for filing objections to the Report and Recommendation has expired. Plaintiff has not objected to the Report and Recommendation.

Noting that no objections have been filed and that the time for filing such

objections expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge, **DISMISSES** this action pursuant to Rule 41(b), and **DIRECTS** the Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**